AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
| v. | ) |
| William Ron Stephenson, Jr. | ) Case No. 3:20mJ-50 |
| | ) |
| Defendant(s) | ) |

FILED
VANESSA L. ARMSTRONG
JAN 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 21, 2020** in the county of **Jefferson** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841 and 846  Title 18, United States Code, Section 922(g) | Possession With Intent to Distribute a Controlled Substance and Conspiracy to Possess With Intent to Distribute a Controlled Substance  Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Timothy Fritz, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/22/2020

_____
Judge's signature

City and state: Louisville, Kentucky

Colin H. Lindsay, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Fritz II, being duly sworn, depose and state as follows:

1. Your Affiant, Timothy Fritz is a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), Louisville, Kentucky District Office. Affiant has been a DEA Special Agent for approximately 8 years and has been a law enforcement officer for approximately 14 years. Your affiant has extensive training and experience in investigations involving the distribution of controlled substances. The following information has been obtained through personal observation and knowledge or was told to this Affiant by other law enforcement agents.

2. I have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violation of the Controlled Substance Act, Title 21, United States Code, Section 841, namely the unlawful possession of controlled substances, specifically Possession with Intent to Distribute a Controlled Substance, and Title 21, United States Code, Section 846, namely conspiracy to unlawfully possess, that is Conspiracy to Possess with Intent to Distribute a Controlled Substance, and other federal violations.

3. I am familiar with the information contained in this affidavit through my own personal participation in the investigation, my review of documents, and my conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, I have not included every fact known concerning this investigation. I have, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

4. On December 4, 2019, Sgt. Thomas Schardein with Louisville Metro Police Department (LMPD) and SA Timothy Fritz (United States Drug Enforcement Administration) were contacted by the Frankfort Police Department (FPD) in reference to a drug overdose. As a result of the investigation, agents received information about subjects that were distributing narcotics out of the residence located at 1709 Theresa Avenue, Louisville, Kentucky. Through the investigation, agents learned that one of the dealers was utilizing phone number 502-681-7320 to conduct narcotic transactions at 1709 Theresa Avenue. SA Fritz prepared an administrative subpoena to AT&T requesting the subscriber and toll information for phone number 502-681-7320. SA Fritz received the results of the subpoena, which revealed that 502-681-7320 is a prepaid cellular telephone that has been a customer since March 25, 2016 to the current date and the subscriber is listed as Cell Stephenson with an address of 724 Southwestern Pkwy, Louisville, Kentucky. Through investigative research, agents were able to identify the user of 502-681-7320 as Marcelius Stephenson. Upon conducting surveillance of Marcelius Stephenson, agents observed Marcelius Stephenson residing at 5515 Riata Drive, Louisville, Kentucky. Additionally, when conducting surveillance on multiple occasions of Stephenson, agents observed Stephenson leave the residence of 5515 Riata Drive and travel to 1709 Theresa Avenue on a daily basis for long periods throughout the day. Furthermore, agents also found that Stephenson has a close relative named Donteze Euron Stephenson that resides at 1709 Theresa Avenue, Louisville, Kentucky, which is in close proximity of the phone ping obtained on the drug overdose victim's phone during the timeframe of the transaction at the dealer's house prior to his death. Agents learned that Donteze Stephenson has a violent criminal history that includes Manslaughter 1st Degree, Trafficking Controlled Substances, and Carrying a Concealed Deadly Weapon.

5. On January 16, 2020, agents received contact from Detective (Det.) Joe Tapp from the LMPD. Upon contact, Det. Tapp informed agents that he had just utilized a Confidential Source (CS) to conduct a controlled purchase of heroin from a

        black male identified as Marcelius Stephenson at 1709 Theresa Avenue. When debriefing CS, he/she advised that there were multiple black males present at 1709 Theresa Avenue during the transaction.

6. On January 20, 2020, Sgt. Schardein and SA Fritz presented state affidavits for search warrants for the residences of 5515 Riata Avenue, Louisville, Kentucky 40218 and 1709 Theresa Avenue, Louisville, Kentucky 40216. These affidavits were reviewed by the Jefferson County Circuit Court Judge McKay Chauvin who granted the search warrants for the residence under seal. On Tuesday, January 21, 2020, LMPD Swat executed a State search warrant at 1709 Theresa Avenue and 5515 Riata Drive, Louisville, Kentucky. During the execution of the search warrant at 5515 Riata, Marcelius Stephenson was located, as was his paramour Torie Watts and multiple children. Law Enforcement located two (2) loaded pistols, one of which was found to be stolen, a small quantity of personal use marijuana and documents. At the residence of 1709 Theresa Avenue, law enforcement found Donteze Stephenson, William Ron Stephenson Jr. and Rodneisha Lasha Burns inside the residence. When conducting a search of the residence, law enforcement seized an additional nine loaded firearms, two of which were found to be stolen, ammunition for these weapons and high capacity magazines (to include at least one 50 round drum mag). Additionally, law enforcement located suspected heroin and suspected crystal methamphetamine packaged in a manner consistent with sale, digital scales, an undetermined amount of U.S. currency and documents linking Marcelius and Donteze Stephenson to 1709 Theresa Avenue.

7. Shively Police transported Donteze Stephenson, William Ron Stephenson Jr. and Rodneisha Lasha Burns to the DEA Office for an interview. During a post-arrest interview with Donteze Stephenson, SA Fritz advised him of his Miranda Warning and Donteze Stephenson agreed to speak with agents and officers to answer some questions. Donteze Stephenson admitted that the four firearms (three pistols and one AR-15 rifle with 50 round drum) and bag of marijuana recovered from his bedroom at 1709 Theresa Avenue were indeed his and that the

guns just landed in his lap and at a gun show. When questioned about the other firearms, crystal methamphetamine, heroin, and undetermined amount of currency found in the residence, Donteze Stephenson then respectfully declined to comment, stating he can only take responsibility for what is his in the house. Additionally, Donteze Stephenson stated he is basically a squatter at the house that takes care of the house and only pays electric, cable, and water for the house. When asked about his cousins William Ron Stephenson Jr. and Marcelius Stephenson, Donteze Stephenson advised that they come over and do whatever they do in the front room while my son and I stay in our rooms. Donteze Stephenson made the comment that William Ron Stephenson Jr. has a key and slides through from time to time. Furthermore, Donteze Stephenson stated that the weapons in his bedroom were for protection and referenced his past criminal convictions (Manslaughter 1st Degree and Manslaughter 2nd Degree) as his reason for possessing the weapons. Donteze Stephenson acknowledged he is a convicted felon and knew he was not allowed to possess any firearms. Donteze Stephenson admitted that he used to be a member of the Victory Park Crips, but has tried to put that life behind him.

8. When conducting a post-arrest interview with William Ron Stephenson Jr., DEA Task Force Officer (TFO)/LMPD Sgt. Thomas Schardein advised William Stephenson of his Miranda rights and he agreed to speak with agents and answer some questions without an attorney present. During the interview, William Stephenson stated during the execution of the search warrant, he had been sitting on the couch in the living room playing a video game. William Stephenson advised that he has a key to the residence and goes over the residence multiple times throughout the week to hang out. William Stephenson stated prior to the search warrant, he had arrived at 1709 Theresa Avenue at approximately 10:00 p.m., the night prior. When asked when the last time he had seen Marcelius Stephenson at the house at 1709 Theresa Avenue, he reported the night before the search warrant was executed. During the search of the residence on Theresa Avenue, SA Fritz found a loaded pistol and an extended magazine that were reported stolen, under the couch, in the direct vicinity of where William

Stephenson was sitting. Additionally, pants belonging to William Stephenson with his driver's license in the pocket were sitting next to the couch. When questioned about the firearm and others found in the residence, he denied ownership of the firearms. When questioned about the suspected heroin and crystal methamphetamine found in the residence, he stated he doesn't sell drugs. However, in 2017, William Stephenson was convicted of Complicity to Receiving Stolen Property Firearm, Wanton Endangerment 1st Degree, Carrying a Concealed Deadly Weapon and Enhanced Drug Paraphernalia while attempting to flee from officers in a vehicle. Furthermore, when being arrested, officers recovered multiple firearms in the vehicle. When law enforcement asked William Stephenson if he had ever been convicted of a felony, he stated he was recently convicted of gun charges and Wanton Endangerment 1st Degree. William Stephenson admitted that he used to claim a gang affiliation with the Victory Park Crips, but gave that life up a long time ago.

9. Based on the above facts and circumstances as well as this Affiant's training and experience, Affiant states that there is probable cause to believe that William Stephenson Jr. has committed violations of Title 21, United States Code, Sections 841 (a) (1) and 846, Possession with Intent to Distribute Controlled Substances and Conspiracy to Possess with Intent to Distribute Controlled Substances, namely Heroin and Methamphetamine, and Title 18, United States Code, Section 922(g), Convicted Felon in Possession of a Firearm among other federal offenses.

_T.R. [signature]_
Timothy Fritz II
Special Agent
Drug Enforcement Administration

Sworn to before me this 22nd day of January 2020.

_____
Colin H. Lindsay
United States Magistrate Judge
Western District of Kentucky